| | | |
|---|---|---|
| | **RETURN OF SERVICE** | Court Stamp Here |
| Notice: This document contains sensitive data | | |
| Court | **Federal Court**<br>**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS**<br>**Travis County, Texas** | |
| Plaintiff | **PARITY NETWORKS, LLC** | Cause #<br>**6:20-CV-00057-ADA** |
| Defendant(s) | **AVIAT NETWORKS, INC.** | Came to Hand Date/Time<br>**2/03/2020     7:14 AM** |
| Manner of Service | **Personal** | Service Date/Time<br>**2/03/2020     9:48 AM** |
| Documents | **SUMMONS; COMPLAINT; EXHIBITS** | Service Fee:<br>**$125.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **2/03/2020** at **9:48 AM**: I served **SUMMONS, COMPLAINT and EXHIBITS** upon **AVIAT NETWORKS, INC. c/o C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **AVIAT NETWORKS, INC. c/o C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, Who accepted service, with identity confirmed by subject stating their name, a brown-haired white female approx. 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses named Samy who is authorized to accept service** at **251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808**.

My name is: **Rodney Samuels**. My date of birth is:
My address is: **28 Dillon Dr, New Castle, DE 19720**, USA.
null
I declare under penalty of perjury that the foregoing, **RETURN OF SERVICE**, is true and correct.

Executed in  New Castle  county, DE.

_Rodney Samuels_ (signature)
Rodney Samuels

02/03/2020
Date Executed

Ref **Parity Networks - AVIAT**
0049207659



 DiNovo Price Ellwanger & Hardy LLP

Tracking # **0049528764**

